UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ELENA RADAK,

    **Plaintiff,**

    v.                                                                                                                           Case No. 22-CV-1536-SCD

KILOLO KIJAKAZI,
  *Acting Commissioner of the Social Security Administration*,

    **Defendant.**

---

## ORDER APPROVING STIPULATION FOR REMAND

---

    The court **APPROVES** the parties' stipulation for remand, ECF No. 21. The court **REVERSES** the final decision of the Commissioner of Social Security and **REMANDS** this cause to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the court's order, the Appeals Council will remand the matter to an administrative law judge to develop the administrative record as necessary and give the plaintiff the opportunity for a new hearing. On remand, the ALJ will evaluate the medical evidence of record, including the medical opinion evidence; evaluate the plaintiff's residual functional capacity and explain how the medical evidence supports the residual functional capacity finding; evaluate the plaintiff's subjective symptoms; if necessary, obtain supplemental vocational expert testimony; and issue a new decision.

    **SO ORDERED** this 17th day of July, 2023.

                                                                                                               STEPHEN C. DRIES
                                                                                                          United States Magistrate Judge